1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   Innovative Sports Management, Inc.

7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9

10  Innovative Sports Management, Inc.,        CASE NO. 2:12-cv-099757-TJH-PLA

11              Plaintiff,                      [Proposed] ORDER GRANTING
                                               STIPULATION OF DISMISSAL OF
12         vs.                                 PLAINTIFF'S COMPLAINT AGAINST
                                               DEFENDANTS GIANCARLO AGUILERA,
13  Giancarlo Aguilera, et al.,                INDIVIDUALLY AND D/B/A CHILENAZO;
                                               AND CHILENAZO, AN UNKNOWN
14                                             BUSINESS ENTITY D/B/A CHILENAZO
               Defendants.
15
                                                     JSC
16  ─────────────────────────────

17         IT IS HEREBY STIPULATED by and between Plaintiff INNOVATIVE SPORTS

18  MANAGEMENT, INC. and Defendants GIANCARLO AGUILERA, INDIVIDUALLY AND

19  D/B/A CHILENAZO; AND CHILENAZO, AN UNKNOWN BUSINESS ENTITY D/B/A

20  CHILENAZO, that the above-entitled action is hereby dismissed **without prejudice** against

21  GIANCARLO AGUILERA, INDIVIDUALLY AND D/B/A CHILENAZO; AND CHILENAZO,

22  AN UNKNOWN BUSINESS ENTITY D/B/A CHILENAZO and subject to the Court's jurisdiction

23  to enforce the settlement agreement reached between the Parties.

24         IT IS FURTHER STIPULATED that provided no Party referenced above has filed a

25  motion to reopen this action by January 14, 2014, the dismissal shall be deemed to be **with**

26  **prejudice**.

    ///
27
    ///
28

    STIPULATION OF DISMISSAL
    CASE NO. 2:12-CV-09757-TJH-PLA
    PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

IT IS SO ORDERED:

_Terry J. Hatter, Jr._

_____
**The Honorable Terry J. Hatter, Jr.**
**United States District Court**
**Central District of California**

Dated: May 7, 2014

///
///
///
///
///
///
///
///
///
///